MICHIGAN GAS STORAGE COMPANY v PUBLIC SERVICE COMMISSION. (Docket No. 59196.) Rehearing denied. *Law Offices of Albert J. Thor-*

*burn* and *David A. Mikelonis* for plaintiff-appellee. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Arthur E. D'Hondt* and *Robert J. Taube,* Assistants Attorney General, for defendant-appellant. Reported at 405 Mich 376.

